# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| OLATUNDE E. OLUTOLA,<br><br>    Plaintiff,<br><br>v.<br><br>SUNUP FINANCIAL, LLC d/b/a<br>BALANCECREDIT.COM,<br><br>    Defendant. | Case No. 4:21-cv-00289 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that OLATUNDE E. OLUTOLA ("Plaintiff") and SUNUP FINANCIAL, LLC d/b/a BALANCECREDIT.COM ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: June 17, 2021

Respectfully submitted,

OLATUNDE E. OLUTOLA

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2021, a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Southern District of Indiana, which will accomplish service on all counsel of record.

*s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
