UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| OLATUNDE E. OLUTOLA | § |
| | § |
| v. | § CIVIL NO. 4:21-CV-289-SDJ |
| | § |
| SUNUP FINANCIAL, LLC d/b/a | § |
| BALANCECREDIT.COM | § |

## ORDER ON CLOSING DOCUMENTS

The Court has been advised by Plaintiff Olatunde Olutola, through counsel, that all claims in this case have been settled.

It is therefore **ORDERED** that, on or before **August 2, 2021**, all parties shall file with the Court all papers necessary for the closing of this case and its removal from the Court's active docket. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

**So ORDERED and SIGNED this 22nd day of June, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE